UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

_____DIVISION

IN RE:

*[signature]* Sandra G. Lint

**Debtor**

Case No. _15-50664_

Chapter _13_

## STATEMENT REGARDING PAY ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☑ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☐ Other

_____

_____

_____

Dated: _1/22/15_

*[signature]*

**Debtor**

*[stamp: 2015 JAN 22 PM 3: 42 — M. REGINA THOMAS CLERK — FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA]*