*Amended*

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2015 JAN 22 PM 12: 02

M. REGINA THOMAS
CLERK

GM Financial
P.O. Box 183834
Arlington, TX 76096

First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519

World Financial Corporation
2636 M.L. King, Jr. Drive, S.W.
Suite 8
Atlanta, GA 30311

Delta Community Credit Union
P.O. Box 20541
Atlanta, GA 30320

Central Financial Control
P.O. Box 830913
Birmingham, AL 35283

Georgia Power
96 Annex
Atlanta, GA 30396-0001

HRRG
P.O. Box 189053
Plantation, FL 33318-9053

Southwest Credit
4120 International Parkway
Suite 1100
Carrollton, TX 75007

Georgia Natural Gas
P.O. Box 105445
Atlanta, GA 30348

WoodForest National Bank
P.O. Box 7889
The Woodlands, TX 77387

Suntrust Bank
825 M. L. King, Jr. Drive, N.W.
Atlanta, GA 30309

Nissan Union City
4080 Jonesboro Road
Union City, GA 30291