Certificate Number: 01568-GAN-DE-024893913

Bankruptcy Case Number: 15-50664



01568-GAN-DE-024893913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2015, at 1:46 o'clock PM CST, Sandra J Link completed a course on personal financial management given by internet by Consumer Credit Counseling Service of the Savannah Area, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   January 23, 2015                    By:    /s/Shaquita Harris

                                            Name:  Shaquita Harris

                                            Title: Counselor