UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN: RE: ) | |
| ) | CHAPTER 13 |
| ) | |
| SANDRA J. LINK ) | CASE NO. 15-50664-JRS |
| ) | |
| ) | |
| DEBTOR. ) | |

**MOTION OBJECTING TO DEBTOR'S DISCHARGE**

COMES NOW Adam M. Goodman, Chapter 13 Trustee in the above-referenced case, and files this Motion Objecting to Debtor's Discharge and shows the Court the following:

1.

Debtor filed this Chapter 13 case on January 9, 2015.

2.

Debtor filed Chapter 7 case number 12-68996-JRS on August 1, 2012. Debtor received a discharge in that case on November 6, 2012. From the filing date of the previous case to the filing date of the present case it has been less than four (4) years. Thus, pursuant to 11 U.S.C. § 1328(f)(1), it does not appear that Debtor is eligible to receive a discharge in this case.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Honorable Court enter an order granting Trustee's Motion and find that Debtor shall not receive a discharge in this case, and for such other and further relief as this Court deems just and proper.

/s/ Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN: RE: | ) |
| | ) CHAPTER 13 |
| | ) |
| SANDRA J. LINK | ) CASE NO. 15-50664-JRS |
| | ) |
| | ) |
| DEBTOR. | ) |

**NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
MOTION OBJECTING TO DEBTOR'S DISCHARGE**

All objections shall state the grounds therefore and shall be filed with the Clerk, United States Bankruptcy Court, Room 1340, 75 Spring Street, SW, Atlanta, Georgia 30303-3367, and a copy furnished to the Chapter 13 Trustee, Adam M. Goodman, 260 Peachtree Street, Suite 200, Atlanta, Georgia 30303.

A hearing will be held on **March 19, 2015 at 9:45 a.m.**, United States Bankruptcy Court, Courtroom 1404, 75 Spring Street, SW, Atlanta, Georgia 30303.

/s/ Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN: RE: | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| SANDRA J. LINK | ) | CASE NO. 15-50664-JRS |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

Sandra J. Link
Apt. 54
526 Magnolia St
Atlanta, GA 30314-4704

ATTORNEY FOR DEBTOR:

*PRO SE*

OFFICE OF THE UNITED STATES TRUSTEE (SERVED ELECTRONICALLY):

ustpregion21.at.ecf@usdoj.gov

CREDITORS:

Americredit Financial Services Inc. dba
GM F
P O Box 183853
Arlington, TX 76096-3853

AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

Central Financial Control
P.O. Box 66044
Anaheim GA 92816-6044

Central Financial Control
P.O. Box 830913
Birmingham, AL 35283-0913

Cobb County Kia
1221 Auto Park Drive
Kennesaw GA 30144-7046

Comcast
P.O. Box 2127
Norcross GA 30091-2127

Credit Card Department
P.O. Box 5519
Sioux Falls SD 57117-5519

DELTA COMMUNITY CREDIT
UNION
PO BOX 20541
ATLANTA GA 30320-2541

First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519

GM Financial
P.O. Box 183834
Arlington, TX 76096-3834

Georgia Natural Gas
P.O. Box 105445
Atlanta, GA 30348-5445

Georgia Power
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

Georgia Power
96 Annex
Atlanta, GA 30396-0001

HRRG
P.O. Box 189053
Plantation FL 33318-9053

Kia Atlanta South
7310 Jonesboro Rd.
Morrow GA 30260-2949

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

| | | |
|---|---|---|
| Nissan Union City<br>4080 Jonesboro Road<br>Union City, GA 30291-2260 | Suntrust Bank<br>825 M. L. King, Jr. Drive, N.W.<br>Atlanta, GA 30309 | World Finance Corp.<br>2636 - 8 MLK Jr. Drive<br>Atlanta, GA 30311-1635 |
| Southwest Credit<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 | Wood Forest National Bank<br>P.O. Box 7889<br>The Woodlands, TX 77387-7889 | Premier Bankcard, Llc.<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Sun Trust Bank<br>Atlanta, GA | Woodforest National Bank<br>2427 Gresham Road SE<br>Atlanta, GA 30316-3709 | World Finance Corporation<br>2636-8 Martin Luther King Jr Dr Sw<br>Atlanta, GA 30311-1635 |

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 9th day of February, 2015.

/s/ Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444